Ricky ASHFORD, Sr., Plaintiff–Appellant,

v.

John E. POTTER, Postmaster General, Defendant–Appellee.

No. 03–16419.

D.C. No. CV–03–01228–MHP/BZ.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 26, 2004.

Ricky Ashford, Sr., pro se, El Sobrante, CA, for Plaintiff–Appellant.

Chinhayi J. Coleman, Asst. U.S. Atty., Office of the U.S. Attorney, San Francisco, CA, for Defendant–Appellee.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

MEMORANDUM**

Ricky Ashford, Sr. appeals pro se the district court's dismissal of his action against his employer alleging discrimination on the basis of race in violation of Title VII of the Civil Rights Act (42 U.S.C. § 2000e). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

of discretion a dismissal for failure to pay the filing fee, *Taylor v. Delatoore,* 281 F.3d 844, 847 (9th Cir.2002), and we affirm.

The district court did not abuse its discretion by dismissing Ashford's action because Ashford failed to comply with the court's order to pay the $150.00 filing fee after being warned that a failure to do so could result in dismissal. *See* Fed.R.Civ.P. 41(b); *Ferdik v. Bonzelet,* 963 F.2d 1258, 1260 (9th Cir.1992).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.